# EXHIBIT 1

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| TOG BRAZIL HOLDINGS, INC. | 2020 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 7648017 | 2019/10/08 | |

**PRINCIPAL PLACE OF BUSINESS**
436 E. 36TH ST.
CHARLOTTE, NC 28205

**PHONE NUMBER**
(919)428-5883

**REGISTERED AGENT**
COGENCY GLOBAL INC.
850 NEW BURTON ROAD
SUITE 201
DOVER DE  19904

**AGENT NUMBER**
9070044

| AUTHORIZED STOCK BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 2019/10/08 | | COMMON | 1,000,000 | .0100000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| MICHAEL HAHN | 436 E. 36TH ST.<br>CHARLOTTE, NC 28205 | SECRETARY AND TREASURER |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| MATTHEW MAGAN | 436 E. 36TH ST.<br>CHARLOTTE, NC 28205 |
| MICHAEL HAHN | 436 E. 36TH ST.<br>CHARLOTTE, NC 28205 |

NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| MATT MAGAN<br>436 E. 36TH ST.<br>CHARLOTTE, NC 28205 US | 2021/06/28 | DIRECTOR |