# EXHIBIT 10



**Translation No. I-54734**
**Book No. 657**
**Page 383**

*I, Sandra Regina Mattos Rudzit, certified public translator, duly admitted and sworn by the Commercial Registry of the State of São Paulo, Brazil, hereby certify that a copy of a document was submitted to me, written in Portuguese, the translation of which is as follows:*

pg.

## COURT OF APPEALS OF THE STATE OF SÃO PAULO

JUDICIAL DISTRICT OF SÃO PAULO

CIVIL CENTRAL COURTHOUSE

1st BANKRUPTCY AND REORGANIZATION COURT

**Public Service Hours: from 12:30 p.m. through 7:00 p.m.**

### JUDGMENT

| | |
|---|---|
| Digital Proceeding No.: | **1009063-28.2020.8.26.0100** |
| Class - Subject Matter | **Judicial Reorganization – Bankruptcy Case** |
| Claimant: | **Gencomm Logistics Services do Brasil Ltda.** *et al* |
| Respondent: | **Gencomm Logistics Services do Brasil Ltda.** *et al* |

Judge: Mr.(Ms.) **Tiago Henriques Papaterra Limongi**

Examined.

**Pgs. 4.941/5.021:** Nothing to resolve upon.

**Pgs. 5.214/5.246:** Nothing to resolve upon.

**Pgs. 5.247/5.253:** Nothing to resolve upon.

**Pgs. 5.254/5.275, 5.276/5.287, 5.288/5.291:** Annotate the counsel data in the system.

**Pgs. 5.276/5.287:** Net Planet Comércio de Roupas e Acessórios Ltda. to provide the payment of the power of attorney fee within 15 days.

**Pgs. 5.292/5.302:** The Court is aware of the compliance with the objective requirements of article 105 of Law 11.101/2005.

**Pgs. 5.022/5.213 and Pgs. 5.292/5.302:** The Companies under Reorganization claimed their voluntary bankruptcy on pgs. 5.022/5.213, arguing, in short, that the financial difficulties of the acquired Group, former Rakuten Group, were greater than expected, and that they have been aggravated due to *(i)* cancellation of the credit facility that existed with Banco Itaú; *(ii)* termination with the accreditation companies Cielo and Redecard, which were responsible for intermediating the payment transactions with the brands and banks issuers of credit/debit cards; *(iii)* cancellation of almost all agreements by its clients, when she commenced to operate with only ten percent (10%) of its clients.

Therefore, as required by the order on pgs. 5.247/5.253, the Judicial Administrator confirmed that irrespective of needs for adjustments to the grounds for the claim, the objective requirements of art. 105 of Law 11.101/2005 were met, as set forth in its pronouncement on pgs. 5.292/5.302.

This is the report.

I decide.

Since the situation of insolvency has been confessed to, even if not directly, and since the mandatory documentation provided in article 105 of Law 11.101/2005 has been entered of record, there is no reason for the failures in the chain of facts to prevent the swift, organized and effective liquidation of the business, which is no longer supported by the principle set forth in art. 47 of Law 11.101/2005.

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.___-08- RG 8.222 837-1
Rua Matias Aires, 402- 5° andar, cj. 51 - 01309-020- São Paulo - SP- Brasil - Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br- www.just.trd.br

This public translation certificate was digitally signed by the Official Translator Sandra Regina Mattos Rudzit, JUCESP 1688. The verification code at https://www.portaldeassinaturas.com.br:443 is E70D-53DA-5B73-7B2F.    Página 1 de 10

Translation No. I-54734
Book No. 657
Page 384



Therefore, I adjudicate Gencomm Group bankrupt, which group is composed of NEXGENESIS HOLDING LTDA. ("HOLDING"), a company enrolled with the CNPJ/MF under No. 13.271.186/0001-65; GENCOMM FINANCIAL SERVICES DO BRASIL LTDA. ("GENPAY"), a company enrolled with the CNPJ under No. 22.366.799/0001-77; GENCOMM INTERNET SERVICES DO BRASIL LTDA. ("GENCOMM"), a company enrolled with the CNPJ under No. 01.303.446/0001-58, GENCOMM LOGISTICS SERVICES DO BRASIL LTDA. ("GENLOG"), a company enrolled with the CNPJ under No. 28.867.180/0001-22, all with principal place of business at Avenida Francisco Matarazzo, 1500, New York Tower, 6th floor, Água Branca, São Paulo, State of São Paulo, Postal Code 05001-100, the manager of which, as appointed in the corporate records, is Ms. Elaine Oliveira Zucchi, enrolled with the Individual Taxpayer Registry (CPF) No. 343.579      , with address at Avenida Paulista, 171, 4th floor, Bela Vista, Postal Code: 01311-000, Municipality of São Paulo /SP, according to the record sheets of the Commercial Registry of the State of São Paulo - Jucesp, entered of record on pgs. 81/126 and corporate documents of the Group, entered of record on pgs. 127/203, at XXX AM/PM on the date hereof, and establish the legal term of 90 days as from the complaint or of the oldest protest, whichever is older.

**I further order the following:**

I. Maintenance of the appointment on pgs. 825/835, maintaining as Judicial Administrator EXPERTISEMAIS SERVIÇOS CONTÁBEIS E ADMINISTRATIVOS, enrolled with the CNPJ under No. 19.615.744/0001-49, with address at Rua Vergueiro, 1353, suites 309-310-311, Torre Norte, Vila Mariana, São Paulo/SP, Postal Code: 04101-000, represented by Eliza Fazan (CRC 1SP194878/O-4), which shall make an affirmation within 48 hours (informing, on the same occasion, the electronic address to be used in the case) and personally promote, with its team, the collection of assets, documents and books, as well as the appraisal of the assets, separately or in block, at the site they are currently located, no warrant being required, and authorize the monitoring of this measure by the competent bodies for the use of police force in the event of resistance, it being understood that a copy of this judgment digitally signed shall serve as official letter.

II. Suspension of actions and executions against the bankrupt debtor, under the conditions provided by law.

III. Prohibition of any act of disposal or encumbrance of assets of the bankrupt debtor, upon issue of the usual communications.

IV. The term of 15 days to submit the proofs of claim, counted as from publication of the call notice for the creditors, which shall contain the following warnings:

a) within 15 days, the proofs of claim or divergences shall be directly submitted to the Judicial Administrator, at the electronic address: *grupogencomm1vfrj@gmail.com*, reiterating that the objections and proofs of claim submitted in the main case records of the Bankruptcy shall not be taken into consideration;

b) upon submission of the proofs of claim and objections, the creditors shall inform their complete bank account information (name of the account holder, CPF/CNPJ number of the account holder, branch and bank account number) so that, as provided in article 1.113, paragraphs 3, 4 and 5 of the NSCGJ/TJSP (ORDINANCES No. 50/1989 and 30/2013), they can receive any amounts through the prior issue of official letter to the bank.

c) those claims correctly included in any list submitted by the bankrupt debtors shall be waived from proof of claim and consent.

5) Notification of the Public Prosecutor's Office.

6) Notification of the representative of the bankrupt debtor for him/her to provide statements in Court, pursuant to the provisions of article 104 of Law 11.101/2005, under penalty of contempt of the court, publishing, thereafter, the notice for the submission of proofs of claim/objections, pursuant to

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060    08- RG 8.222 837-1
Rua Matias Aires, 402- 5° andar, cj. 51 - 01309-020- São Paulo - SP- Brasil - Fone/Fax: 55-11-3155-7383 - e-mail: just@just.trd.br- www.just.trd.br

This public translation certificate was digitally signed by the Official Translator Sandra Regina Mattos Rudzit, JUCESP 1688. The verification code at https://www.portaldeassinaturas.com.br:443 is E70D-53DA-5B73-7B2F.                                                                                                 Página 2 de 10



Translation No. I-54734
Book No. 657
Page 385

the provisions of art. 99, sole paragraph, of Law 11.101/05.

7) Send an official letter to:

a) the Central Bank of Brazil (Bacen), by means of the Bacenjud system, for it to order the blocking of financial assets in the name of the bankrupt debtor;

b) the Federal Revenue Service, by means of the Infojud system, for it to provide copies of the last 3 declarations of assets of the bankrupt debtor;

c) the Traffic Department, by means of the Renajud system, ordering the blocking (circulation transfer) of vehicles existing in the name of the bankrupt debtor;

d) the National Center of Inalienability of Assets, for the research and blocking of real properties in the name of the bankrupt debtor.

8) The Judicial Administrator may perform the actions required to preserve the interests of the bankruptcy estate and efficiently manage its assets, collecting information directly from creditors, bankrupt debtors, public bodies, private legal entities, without the need for prior authorization by the court, it being understood that this judgment shall serve as official letter.

9) The Judicial Administrator shall provide the communication to the STATE PUBLIC TREASURY, by the e-mail pgefalencias@sp.gov.br, of the existence of this bankruptcy, informing it of the name(s) of the bankrupt debtor(s), case number and date of the judgment on adjudication of bankruptcy, as well as its data (AJ) and e-mail address.

10) A copy of this judgment, digitally signed, shall serve as OFFICIAL LETTER to the bodies listed below, without limitation, as well as an INFORMATION LETTER to the Treasury Offices, it being understood that these bodies shall send the respective answers, should this be the case, to the address of the Judicial Administrator hereby appointed. The Judicial Administrator shall send copies of this decision to the competent bodies, and it shall prove filing thereof in these digital case records within 10 days:

CENTRAL BANK OF BRAZIL - BACEN - Av. Paulista, 1804, Postal Code 01310-200, São Paulo/SP: Provide and transmit to the applicable financial institutions the blocking of the checking accounts or other type of financial investment held by the bankrupt debtor, as well as the issue of an official letter informing of compliance with this order directly to the Judicial Administrator appointed in the case records of the bankruptcy.

COMMERCIAL REGISTRY OF THE STATE OF SÃO PAULO: Rua Barra Funda, 930 - 3rd floor - Barra Funda - Postal Code: 01152-000 - São Paulo/SP: Send the list of books of the bankrupt debtor registered with this body, and complete information on the amendments to the articles of association in its name. The term "bankrupt" shall also be included in the records of this body, as well as the incapacity to engage in business activities;

EMPRESA BRASILEIRA DE CORREIOS TELÉGRAFOS: Rua Mergenthaler, 500, Vila Leopoldina Gerência GECAR, Postal Code: 05311-030 São Paulo/SP: Send the correspondences in the name of the bankrupt debtor to the address of the appointed Judicial Administrator;

CENTRO DE INFORMAÇÕES FISCAIS (Tax Information Center) -DI – Information Board - Av. Rangel Pestana, 300, Postal Code: 01017-000 São Paulo/SP: Send the DECA (Record Statement) relating to the bankrupt debtor to the address of the appointed Judicial Administrator;

SETOR DE EXECUÇÕES FISCAIS DA FAZENDA PÚBLICA (Public Treasury Tax Execution Department) - State Tax Execution Court - Rua Vergueiro, 857, Postal Code: 01013-001 - São Paulo/SP: Inform of the existence of assets and rights in the name of the bankrupt debtor;

BOLSA DE VALORES DO ESTADO DE SÃO PAULO (Stock Exchange of the State of São Paulo) - Rua XV de Novembro No. 275, 7th floor, Postal Code: 01013-001 São Paulo/SP: Inform of the

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.___-08- RG 8.222 837-1
Rua Matias Aires, 402- 5° andar, cj. 51 - 01309-020- São Paulo - SP- Brasil - Fone/Fax: 55-11-3155-7383- e-mail: just@just trd br- www.just.trd.br

This public translation certificate was digitally signed by the Official Translator Sandra Regina Mattos Rudzit, JUCESP 1688. The verification code at https://www.portaldeassinaturas.com.br:443 is E70D-53DA-5B73-7B2F.  Página 3 de 10



Translation No. I-54734
Book No. 657
Page 386

existence, in its files, of assets and rights in the name of the bankrupt debtor;

BANCO BRADESCO S/A. - Cidade de Deus, no number - Vila Iara - Postal Code: 06023-010 Osasco/SP: Inform of the position of shares of the TELEBRAS system (Telesp and spun-of companies) in the name of the bankrupt debtor and, if there are any dividends, they must be deposited in the name of the bankruptcy estate, with Banco do Brasil S/A., Branch 5905-6 S. São Paulo Public, at the order of this Court;

DEPARTAMENTO DE RENDAS MOBILIÁRIAS (Securities Income Department) - Rua Pedro Américo, 32, Postal Code: 01045-000, São Paulo/SP: Inform of the existence of assets and rights in the name of the bankrupt debtor;

CARTÓRIO DISTRIBUIDOR DE TÍTULOS PARA PROTESTO (Protest Office) - Rua XV de Novembro, 175 Downtown – Postal Code: 01013-001 São Paulo/SP: Send the protest certificates drawn up in the name of the bankrupt debtor to the address of the appointed Judicial Administrator, irrespective of the payment of costs, if any;

OFFICE OF THE NATIONAL TREASURY ATTORNEY GENERAL - Alameda Santos, 647 - 01419-001 São Paulo/SP: Inform of the existence of lawsuits involving the bankrupt debtor;

OFFICE OF THE SÃO PAULO STATE TREASURY ATTORNEY GENERAL - Av. Rangel Pestana, 300, 15th floor - Sé - 01017-000 - São Paulo - SP: Inform of the existence of lawsuits involving the bankrupt debtor;

OFFICE OF THE SÃO PAULO MUNICIPALITY TREASURY ATTORNEY GENERAL - OFFICE OF THE TAX ATTORNEY GENERAL OF THE MUNICIPALITY OF SÃO PAULO - Rua Maria Paula, 136 Downtown - 01319-000 - São Paulo/SP: Inform of the existence of lawsuits involving the bankrupt debtor.

Notify.

São Paulo, April 13, 2020.

**DOCUMENT DIGITALLY SIGNED UNDER LAW 11.419/2006, ACCORDING TO THE PRINTED NOTICE ON THE RIGHT**

This document is a copy of the original digitally signed by TIAGO HENRIQUES PAPATERRA LIMONGI, released in the case records on April 13, 2020, at 10:05 p.m.

To view the original, please access https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do and enter case number 1009063-28.2020.8.26.0100 and code 8E35DFE.

**1009063-28.2020.8.26.0100 – page**

*IN WITNESS WHEREOF I set my hand and seal to this translation.*

*São Paulo, September 16, 2021*

*Fees: R$661.43*

*Receipt No. 24020*

SANDRA REGINA MATTOS RUDZIT

Certified Translator

pgi/305535.doc

SANDRA REGINA MATTOS RUDZIT - Tradutora Pública e Intérprete Comercial - Português - Inglês - Matrícula na JUCESP nº 1688- CPF 082.060.███-08- RG 8.222 837-1
Rua Matias Aires, 402- 5° andar, cj. 51 - 01309-020- São Paulo - SP- Brasil - Fone/Fax: 55-11-3155-7383- e-mail: just@just.trd.br- www.just.trd.br

**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA DE SÃO PAULO
FORO CENTRAL CÍVEL
1ª VARA DE FALÊNCIAS E RECUPERAÇÕES JUDICIAIS
PRAÇA JOÃO MENDES S/Nº, São Paulo - SP - CEP 01501-900
**Horário de Atendimento ao Público: das 12h30min às19h00min**

**SENTENÇA**

| | |
|---|---|
| Processo Digital nº: | **1009063-28.2020.8.26.0100** |
| Classe - Assunto | **Recuperação Judicial - Concurso de Credores** |
| Requerente: | **Gencomm Logistics Services do Brasil Ltda. e outros** |
| Requerido: | **Gencomm Logistics Services do Brasil Ltda. e outros** |

Juiz(a) de Direito: Dr(a). **Tiago Henriques Papaterra Limongi**

Vistos.

**Fls. 4.941/5.021:** Nada a deliberar.

**Fls. 5.214/5.246:** Nada a deliberar.

**Fls. 5.247/5.253:** Nada a deliberar.

**Fls. 5.254/5.275, 5.276/5.287, 5.288/5.291:** Anote-se os dados dos patronos no sistema.

**Fls. 5.276/5.287:** Providencie Net Planet Comércio de Roupas e Acessórios Ltda., o recolhimento da taxa de mandato em 15 dias.

**Fls. 5.292/5.302:** Ciente o Juízo sobre o cumprimento dos requisitos objetivos do artigo 105 da Lei 11.101/2005.

**Fls. 5.022/5.213 e Fls. 5.292/5.302:** Requereram as Recuperandas sua autofalência às fls. 5.022/5.213, aduzindo em síntese que as dificuldades financeiras do Grupo adquirido, antigo Grupo Rakuten, mostraram-se maiores do que as esperadas, tendo

This public translation certificate was digitally signed by the Official Translator Sandra Regina Mattos Rudzit, JUCESP 1688. The verification code at https://www.portaldeassinaturas.com.br:443 is E70D-53DA-5B73-7B2F.

Case 1:21-mc-00416-LPS   Document 1-11   Filed 10/06/21   Page 7 of 12 PageID #: 175

fls. 5304

**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA DE SÃO PAULO
FORO CENTRAL CÍVEL
1ª VARA DE FALÊNCIAS E RECUPERAÇÕES JUDICIAIS
PRAÇA JOÃO MENDES S/Nº, São Paulo - SP - CEP 01501-900
**Horário de Atendimento ao Público: das 12h30min às19h00min**

sido agravadas em razão do *(i)* corte da linha de crédito existente junto ao Banco Itaú; *(ii)* do rompimento com as credenciadoras Cielo e Redecard, responsáveis pela intermediação das operações de pagamento com as bandeiras e bancos emissores de cartão de crédito/débito; *(iii)* do cancelamento da quase totalidade dos contratos por seus clientes, passando a operar apenas com 10% (dez por cento) de sua clientela.

Assim, atendendo a determinação constante do despacho de fls. 5.247/5.253, verificou a Administradora Judicial que, apesar da necessidade de ajustes nas razões para o pedido, restaram cumpridos os requisitos objetivos do art. 105, da Lei 11.101/2005, conforme lançado na sua manifestação de fls. 5.292/5.302.

É o relatório.

Decido.

Confessada, mesmo que de modo sinuoso a situação de insolvência, e juntada a documentação obrigatória disposta no artigo 105 da Lei 11.101/2005, não há razão para que as falhas no encadeamento dos fatos impeçam a liquidação célere, organizada e efetiva do negócio já não mais amparado pelo princípio insculpido no art. 47 da Lei 11.101/2005.

Sendo assim, decreto a falência do Grupo Gencomm, composto por NEXGENESIS HOLDING LTDA. ("HOLDING"), sociedade inscrita no CNPJ/MF sob o n.º 13.271.186/0001-65; GENCOMM FINANCIAL SERVICES DO BRASIL LTDA. ("GENPAY"), sociedade inscrita no CNPJ sob o n.º 22.366.799/0001-77; GENCOMM INTERNET SERVICES DO BRASIL LTDA. ("GENCOMM"), sociedade inscrita no CNPJ sob o n.º 01.303.446/0001-58, GENCOMM LOGISTICS SERVICES DO BRASIL LTDA. ("GENLOG"), sociedade inscrita no CNPJ sob o n.º 28.867.180/0001-22, todas com sede na Avenida Francisco Matarazzo, 1500, New York Tower, 6º andar, Água Branca, São Paulo/SP, CEP 05001-100, cuja administradora nomeada nos documentos societários é Sra. Elaine Oliveira Zucchi, CPF n° 343.579        , com endereço na Avenida Paulista, 171, 4º andar, Bela Vista, CEP: 01311-000, Município de São Paulo /SP, conforme fichas cadastrais da Jucesp, juntadas às fls. 81/126 e documentos societários do Grupo, juntados às fls. 127/203, às XXX horas, da presente data, fixando o termo legal em 90 dias contados do requerimento inicial ou do protesto mais antigo, prevalecendo a data

This public translation certificate was digitally signed by the Official Translator Sandra Regina Mattos Rudzit, JUCESP 1688. The verification code at https://www.portaldeassinaturas.com.br:443 is E70D-53DA-5B73-7B2F.

Página 6 de

Este documento é cópia do original, assinado digitalmente por TIAGO HENRIQUES PAPATERRA LIMONGI, liberado nos autos em 13/04/2020 às 22:05 . Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1009063-28.2020.8.26.0100 e código 8E35DFE.

Case 1:21-mc-00416-LPS   Document 1-11   Filed 10/06/21   Page 8 of 12 PageID #: 176

fls. 5305

**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA DE SÃO PAULO
FORO CENTRAL CÍVEL
1ª VARA DE FALÊNCIAS E RECUPERAÇÕES JUDICIAIS
PRAÇA JOÃO MENDES S/Nº, São Paulo - SP - CEP 01501-900
**Horário de Atendimento ao Público: das 12h30min às19h00min**

mais antiga.

**Determino ainda o seguinte:**

I. A manutenção da nomeação de fls. 825/835, permanecendo como Administrador(a) Judicial EXPERTISEMAIS SERVIÇOS CONTÁBEIS E ADMINISTRATIVOS, inscrita no CNPJ sob o nº 19.615.744/0001-49, com endereço na Rua Vergueiro, 1353, conjs. 309-310-311, Torre Norte, Vila Mariana, São Paulo/SP, CEP: 04101-000, representada por Eliza Fazan (CRC 1SP194878/O-4), que deverá prestar compromisso em 48 horas (informando na mesma ocasião o endereço eletrônico a ser utilizado no caso) e promover pessoalmente, com sua equipe, a arrecadação de bens, documentos e livros, bem como a avaliação dos bens, separadamente ou em bloco, no local em que se encontrem, sem necessidade de mandado, bem como autorizado o acompanhamento de diligência pelos órgãos competentes para o uso de força policial em caso de resistência, servindo cópia dessa sentença, assinada digitalmente, como ofício.

II. Suspensão de ações e execuções contra a falida, com as ressalvas legais.

III. Proibição de atos de disposição ou oneração de bens da falida, com expedição das comunicações de praxe.

IV. O prazo de 15 dias para apresentação das habilitações de crédito, a contar da publicação do edital de convocação dos credores, em que constem as seguintes advertências:

a) no prazo de 15 dias as habilitações ou divergências deverão ser apresentadas diretamente à Administrador(a) Judicial, no endereço eletrônico: *grupogencomm1vfrj@gmail.com*, reiterando que as impugnações e habilitações apresentadas nos autos principais da Falência não serão consideradas;

b) na ocasião da apresentação das habilitações e divergências os credores deverão indicar dados completos de conta bancária (nome do titular da conta, número do CPF/CNPJ do titular da conta, número da agência e da conta bancária) para que, conforme previsão do artigo 1.113, §§ 3º, 4º e 5º das NSCGJ/TJSP (PROVIMENTOS nº 50/1989 e 30/2013), possam receber eventuais valores através da prévia expedição de ofício ao banco.

c) ficam dispensados de habilitação e manifestação de concordância os créditos que constarem corretamente do rol eventualmente apresentado pelas falidas.

1009063-28.2020.8.26.0100    **lauda 3**

This public translation certificate was digitally signed by the Official Translator Sandra Regina Mattos Rudzit, JUCESP 1688. The verification code at https://www.portaldeassinaturas.com.br:443 is E70D-53DA-5B73-7B2F.

Página 7 de 00

**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA DE SÃO PAULO
FORO CENTRAL CÍVEL
1ª VARA DE FALÊNCIAS E RECUPERAÇÕES JUDICIAIS
PRAÇA JOÃO MENDES S/Nº, São Paulo - SP - CEP 01501-900
**Horário de Atendimento ao Público: das 12h30min às19h00min**

5) Intimação do Ministério Público.

6) Intimação do representante da falida para prestar declarações em Juízo, nos termos do artigo 104 da Lei 11.101/2005 sob pena de desobediência, publicando-se, em seguida, o edital para habilitações/impugnações, nos termos do art. 99, parágrafo único, da Lei 11.101/05.

7) Oficie-se:

a) ao Bacen, através do sistema Bacenjud, para determinação do bloqueio de ativos financeiros em nome da falida;

b) à Receita Federal, pelo sistema Infojud, para que forneça cópias das 3 últimas declarações de bens da falida;

c) ao Detran, através do sistema Renajud, determinando-se o bloqueio (transferência circulação) de veículos existentes em nome da falida;

d) à Central Nacional de Indisponibilidade de Bens, para pesquisa e bloqueio de imóveis em nome da falida.

8) Poderá o(a) Administrador(a) Judicial adotando as providências para a preservação dos interesses da massa e eficiente administração de seus bens, colhendo informações diretamente junto a credores, falidas, órgãos públicos, pessoas jurídicas de direito privado, sem necessidade de prévia autorização judicial, servindo esta sentença de ofício.

9) Providencie o(a) Administrador(a) Judicial a comunicação da FAZENDA PÚBLICA ESTADUAL, pelo e-mail pgefalencias@sp.gov.br, a respeito da existência desta falência, informando-lhe nome(s) da(s) falida(s), número do processo e data da sentença de decretação da quebra, bem como seus dados (AJ) e endereço de e-mail.

10) Servirá cópia desta sentença, assinada digitalmente, de OFÍCIO aos órgãos abaixo descritos, não se limitando a esses, bem como de CARTA DE CIENTIFICAÇÃO às Fazendas, devendo tais órgãos encaminhar as respectivas respostas, se o caso, para o endereço do administrador judicial nomeado. O(a) Administrador(a) Judicial deverá encaminhar cópia desta decisão aos órgãos competentes, devendo comprovar o protocolo nestes autos digitais, em 10 dias:

BANCO CENTRAL DO BRASIL – BACEN - Av. Paulista, 1804, CEP

1009063-28.2020.8.26.0100   **lauda 4**

This public translation certificate was digitally signed by the Official Translator Sandra Regina Mattos Rudzit, JUCESP 1688. The verification code at https://www.portaldeassinaturas.com.br:443 is E70D-53DA-5B73-7B2F.

Página 8 de 00

Este documento é cópia do original, assinado digitalmente por TIAGO HENRIQUES PAPATERRA LIMONGI, liberado nos autos em 13/04/2020 às 22:05 .
Para conferir o original, acesse o site https://esaj.tjsp.jus.br/pastadigital/pg/abrirConferenciaDocumento.do, informe o processo 1009063-28.2020.8.26.0100 e código 8E35DFE.

Case 1:21-mc-00416-LPS   Document 1-11   Filed 10/06/21   Page 10 of 12 PageID #: 178

fls. 5307

**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA DE SÃO PAULO
FORO CENTRAL CÍVEL
1ª VARA DE FALÊNCIAS E RECUPERAÇÕES JUDICIAIS
PRAÇA JOÃO MENDES S/Nº, São Paulo - SP - CEP 01501-900
**Horário de Atendimento ao Público: das 12h30min às19h00min**

01310-200, São Paulo/SP: Proceder e repassar às instituições financeiras competentes, o bloqueio das contas correntes ou outro tipo de aplicação financeira de titularidade da falida, bem como seja expedido ofício informando o cumprimento da presente ordem diretamente ao Administrador Judicial nomeado nos autos da falência.

JUNTA COMERCIAL DO ESTADO DE SÃO PAULO: Rua Barra Funda, 930 - 3º andar Barra

Funda - CEP: 01152-000 - São Paulo/SP: Encaminhar a relação de livros da falida levada a

registro nesse órgão, e informes completos sobras alterações contratuais havidas em nome da mesma. Deverá, ainda, contar a expressão "falido" nos registros desse órgão e a inabilitação

para atividade empresarial;

EMPRESA BRASILEIRA DE CORREIOS TELÉGRAFOS: Rua Mergenthaler, 500, Vila Leopoldina Gerência GECAR, CEP: 05311-030 São Paulo/SP: Encaminhar as correspondências em nome da falida para o endereço do administrador judicial nomeado;

CENTRO DE INFORMAÇÕES FISCAIS -DI Diretoria de informações - Av. Rangel Pestana, 300, CEP: 01017-000 São Paulo/SP: Dever encaminhar a DECA referente à falida, para o endereço do administrador judicial nomeado;

SETOR DE EXECUÇÕES FISCAIS DA FAZENDA PÚBLICA - Ofício das Execuções Fiscais Estaduais - Rua Vergueiro, 857, CEP: 01013-001 São Paulo/SP: informar sobre a existência de bens e direitos em nome da falida;

BOLSA DE VALORES DO ESTADO DE SÃO PAULO - Rua XV de Novembro nº 275, 7º andar, CEP: 01013-001 São Paulo/SP: Informar a existência nos seus arquivos, sobre bens e direitos em nome da falida;

BANCO BRADESCO S/A. - Cidade de Deus, s/nº Vila Iara - CEP: 06023-010 Osasco/SP: Informar acerca da posição de ações do sistema TELEBRÁS (Telesp e cindidas) em nome da falida e, se houver dividendos, sejam estes depositados em nome da massa falida, no Banco do Brasil S/A., Agência 5905-6 S. Público São Paulo, à ordem deste Juízo;

**1009063-28.2020.8.26.0100    lauda 5**

This public translation certificate was digitally signed by the Official Translator Sandra Regina Mattos Rudzit, JUCESP 1688. The verification code at https://www.portaldeassinaturas.com.br:443 is E70D-53DA-5B73-7B2F.



**TRIBUNAL DE JUSTIÇA DO ESTADO DE SÃO PAULO**
COMARCA DE SÃO PAULO
FORO CENTRAL CÍVEL
1ª VARA DE FALÊNCIAS E RECUPERAÇÕES JUDICIAIS
PRAÇA JOÃO MENDES S/Nº, São Paulo - SP - CEP 01501-900
**Horário de Atendimento ao Público: das 12h30min às19h00min**

DEPARTAMENTO DE RENDAS MOBILIÁRIAS - Rua Pedro Américo, 32, CEP: 01045-000, São Paulo/SP: Informar sobre e a existência de bens e direitos em nome da falida;

CARTÓRIO DISTRIBUIDOR DE TÍTULOS PARA PROTESTO - Rua XV de Novembro, 175 Centro - CEP: 01013-001 São Paulo/SP: Remeter as certidões de protestos lavrados em nome da falida, para o endereço do administrador judicial nomeado, independente do pagamento de eventuais custas;

PROCURADORIA DA FAZENDA NACIONAL - UNIÃO FEDERAL - Alameda Santos, 647 - 01419-001 - São Paulo/SP: Informar sobre a existência de ações judiciais envolvendo a falida;

PROCURADORIA DA FAZENDA DO ESTADO DE SÃO PAULO - Av. Rangel Pestana, 300, 15º andar - Sé - 01017-000 - São Paulo - SP: Informar sobre a existência de ações judiciais envolvendo a falida;

SECRETARIA DA FAZENDA DO MUNICÍPIO DE SÃO PAULO - PROCURADORIA FISCAL DO MUNICÍPIO DE SÃO PAULO - Rua Maria Paula, 136 Centro - 01319-000 - São Paulo/SP: Informar sobre a existência de ações judiciais envolvendo a falida.

Intime-se.

São Paulo, 13 de abril de 2020.

**DOCUMENTO ASSINADO DIGITALMENTE NOS TERMOS DA LEI 11.419/2006, CONFORME IMPRESSÃO À MARGEM DIREITA**

**1009063-28.2020.8.26.0100 lauda 6**

This public translation certificate was digitally signed by the Official Translator Sandra Regina Mattos Rudzit, JUCESP 1688. The verification code at https://www.portaldeassinaturas.com.br:443 is E70D-53DA-5B73-7B2F.

Página 10 de 00



# PROTOCOLO DE ASSINATURA(S)

In order to verify the signature, click here https://www.portaldeassinaturas.com.br/Verificar/E70D-53DA-5B73-7B2F or visit https://www.portaldeassinaturas.com.br:443 and use the code below to check if this document is valid.

## Código para verificação: E70D-53DA-5B73-7B2F



**Hash do Documento**

5DF060E3796870D8A7B5BFC5BC23622F8B5936577B5EAF49EB5B25A72A9255B3

O(s) nome(s) indicado(s) para assinatura, bem como seu(s) status em 16/09/2021 é(são) :

☑ Sandra Regina Mattos Rudzit (Signatário) - 082.060.███.08  em 16/09/2021 14:42 UTC-03:00
  **Tipo:** Certificado Digital

